IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CYNTHIA L. JONES,

      Plaintiff,

v.                                                                                      CIVIL ACTION NO. 5:07-cv-87

MICHAEL ASTRUE,
Commissioner of Social Security,

      Defendant.

## ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS

On July 9, 2007, Cynthia L. Jones, ["Claimant"], filed a complaint for review of Defendant's denial of her application for Social Security benefits pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3), and an Application for Leave to Proceed in forma pauperis. Claimant's application reveals that she is not employed. Claimant has not received any income in the past twelve months from business, rent payments, interest, dividends, pensions, annuities, life insurance, disability, workers' compensation, gifts, or inheritance. Claimant receives $346 in monthly child support. She has a bank account that never has more than this amount in it. Claimant owns a 1995 Buick worth approximately $100.

Accordingly, it is **ORDERED** that Claimant's July 9, 2007, Application to Proceed in forma pauperis is **GRANTED**. The Clerk of Court is directed to notify the United States Marshal Service who shall serve process pursuant to Federal Rule of Civil Procedure 4(c)(2). Any recovery in this action will be subject to payment of fees and costs, including service of process fees and the $350.00 filing fee.

DATED: August 2, 2007

                                                  <u>/s/ James E. Seibert</u>
                                                  JAMES E. SEIBERT
                                                  UNITED STATES MAGISTRATE JUDGE